UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Case Number: 16-62899-CIV-MARTINEZ-GOODMAN

TESSINA HOLDINGS PTY, LTD.,
a private Australian company,
    Plaintiff,

vs.

TREND S.P.A., an Italian business entity,
ROCKSOLID GRANIT USA, INC., a Delaware
corporation, GIUSEPPE BISAZZA a/k/a Pino
Bisazza, an individual, and ANDREA DI
GIUSEPPE, an individual,
    Defendants.
_____/

ROCKSOLID GRANIT USA, INC.,
TREND S.P.A., an Italian business entity,
and ANDREA DI GIUSEPPE,
    Counter-Plaintiffs,

vs.

TESSINA HOLDINGS PTY, LTD.,
a private Australian company, and
COLIN MACKENZIE, an individual,
    Counter-Defendants.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice [ECF No. 187]. It is:

**ADJUDGED** that this action is **DISMISSED with prejudice**. All parties shall bear their own attorneys' fees and costs, except as provided for in the parties' Settlement Agreement. The Court retains jurisdiction to enforce the terms of the parties' Settlement Agreement. It is also:

**ADJUDGED** that all pending motions in this case are **DENIED AS MOOT**, and this

case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 5 day of October, 2018.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record